UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MARCUS E CHATMAN #349549 | CIVIL ACTION NO. 23-cv-256 SEC P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| CADDO CORRECTIONAL CENTER | MAGISTRATE JUDGE PEREZ-MONTES |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 18] previously filed herein, and having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that because the Petition for Writ of Habeas Corpus [Doc. No. 1] filed by Plaintiff Marcus E. Chatman was not filed in a timely manner, the Petition is **DENIED** and **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED at Monroe, Louisiana, this the 12th day of March 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE